**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

EDDISON EFREIN ENCALADA ESPEJO,

Petitioner,

v. Case No. 1:26-cv-00438 KWR-JHR

DORA CASTRO, *Warden of the Otero County Processing Center,*
TODD LYONS, *Acting Director, Immigration and Customs Enforcement,*
MARY DE ANDA-YBARRA, *Field Office Director of the El Paso Field Office,*
TODD BLANCHE, *Acting Attorney General of the United States,*
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
*and* MARKWAYNE MULLIN, *Secretary of the U.S. Department of Homeland Security*,

Respondents.

**JUDGMENT**

Consistent with the Order entered concurrently herewith, this matter is dismissed without prejudice as moot.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

__/S/__________________________
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE